JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER STIREN,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; PCG SAN CLEMENTE LP, a California Limited Partnership; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 8:19-cv-00157 JLS (KESx)<br>[Orange County Superior Court Case No.: 30-2018-00983008-CU-PO-CJC]<br><br>**REMAND ORDER**<br><br>Assigned to the Hon. Josephine L. Staton; and, Magistrate Judge Karen E. Scott |

On or about January 25, 2019, Plaintiff CHRISTOPHER STIREN (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of Orange by filing a Complaint therein *entitled Christopher Stiren v. Lowe's Home Centers, LLC, et al.,* Case No. 30-2018-00983008-CU-PO-CJC. Plaintiff's complaint for negligence and premises liability arises from an alleged incident on or about April 7, 2016, at defendant Lowe's Home Centers, LLC's ("Defendant") store in Canoga Park, California.

On January 4, 2019, plaintiff served his Statement of Damages on Defendant. Plaintiff's Statement of Damages stated that he sought more than $465,000 in combined special and general compensatory damages. Based on this "other paper,"

Defendant determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Defendant removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on January 25, 2019.

The parties have now agreed and stipulated to limit any and all recovery of damages by plaintiff CHRISTOPHER to $74,999.00 or less, as evidenced by the Stipulation to Cap Plaintiff's Damages and Remand, entered into by Plaintiff CHRISTOPHER STIREN, by and through his personal representative Lee Chotin and his counsel of record, and Defendant LOWE'S HOME CENTERS, LLC, by and through its attorneys of record.

The Court acknowledges that Defendant's agreement to the stipulation is conditioned on Plaintiff's agreement that the time for designating and disclosing experts in this matter is closed, and that all discovery, including expert discovery, is closed. The parties have requested an order from this Court remanding the case to the Orange County Superior Court, Case No. 19STCV18326, subject to the conditions set forth in the Stipulation of the parties, which the Court now GRANTS. Therefore, in light of the Stipulation of the Parties, the Court hereby REMANDS this action to the Orange County Superior Court, Case No. 30-2018-00983008-CU-PO-CJC.

**IT IS SO ORDERED.**

DATED: April 17, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE